UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-1317-GW-PVCx | Date | May 1, 2024 |
|---|---|---|---|
| Title | *Fashion Nova, LLC v. Citizens Insurance Company of America, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**    **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On April 30, 2024, Plaintiff and Counter-Defendant Fashion Nova, LLC filed a Notice of Settlement [157]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 40 days. The Court sets an order to show re: settlement hearing for June 17, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on June 13, 2024.

:

Initials of Preparer    JG